IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COLLETTE JENKINS<br><br>Plaintiff,<br><br>v.<br><br>LL ATLANTA, LLC d/b/a OPERA NIGHT CLUB and MGAGE, LLC,<br><br>Defendants. | Civil Action No.: 1:14-cv-2791 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT ON INTENTIONALITY

COME NOW Defendants mGage, LLC and LL Atlanta, LLC by and through their respective undersigned counsel, and submit this Motion for Summary Judgment, respectfully showing that (i) Plaintiff has failed to meet its evidentiary burden showing that Defendants employed an Automatic Telephone Dialing System ("ATDS") as required under the Telephone Consumer Protection Act ("TCPA"); (ii) the text messages at issue were sent only as the result of human intervention and are thus not actionable under the TCPA; and (iii) Plaintiff cannot show that the Defendants intentionally ignored her requests to discontinue the

1

transmission of text messages to her cellular telephone.

This 31st day of August, 2015.	Respectfully submitted by:

/s/ Lauren M. Simons
Peter F. Schoenthaler
Georgia Bar No. 629789
Lauren M. Simons
Georgia Bar No. 410927
Schoenthaler law group
400 Interstate N. Parkway, Suite 1500
Atlanta, Georgia 30339
pfs@pfslawgroup.com
lms@pfslawgroup.com
Tel:	(404) 855-3315
Fax:	(404)891-6120

*Attorneys for Defendant mGage, LLC*

/s/ Hayden Pace
Hayden R. Pace
Georgia Bar No. 558595
Jordan D. Arkin
Georgia Bar No.180796
STOKES, WAGNER, HUNT, MARETZ & TERRELL, A.L.C.
One Atlantic Center, Suite 2400
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
hpace@stokeswagner.com
ljarkin@stokeswagner.com
Tel:	(404) 766-0076

*Attorneys for Defendant LL Atlanta, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31st, 2015, I electronically filed Defendants' Motion for Summary Judgment with the Clerk of Court using the CM/ECF system and via email pursuant to agreement by the parties to the following attorneys of record:

>Madeleine N. Simmons, Esq.
>Morgan & Morgan Atlanta, PLLC
>191 Peachtree Street, Suite 4200
>P.O. Box 57007
>Atlanta, GA 30343
>Tel: 404.965.8811
>Fax: 404.965.8812
>
>Michael J. Vitoria, Esquire
>*Admitted Pro Hac Vice*
>Morgan & Morgan, Tampa, P.A.
>One Tampa City Center Tampa, FL 33602
>Tel: (813) 223-5505
>Fax: (813) 223-5402
>MVitoria@ForThePeople.com
>afloyd@forthepeople.com
>
>*Counsel for Co-Defendant*
>
>Hayden R. Pace, Esq.
>Jordan D. Arkin, Esq.
>STOKES WAGNER HUNT LLC
>MARETZ & TERRELL
>1201 West Peachtree Street NW
>Tel: (404) 766-0076
>Fax: (404) 766-8823
>
>*Counsel for Defendant LL Atlanta*

Dated: August 31, 2015 /s/ Lauren M. Simons
Lauren M. Simons