HI Rosanna,

Saul has asked that I follow up with you regarding the short code: 762425. I see this short code as expired and actually available for purchase, so it seems as if you are not using it anymore. Can you confirm?

Thanks!
Katerina



**Katerina Papatryfon** | Senior Manager, Delivery
t +1.(415).315.3400 (ext. 6382), +30.211.101.2582   m +30.698.063.6340
e kpapatryfon@velti.com   @VeltiMobile

The leading global technology provider of
mobile marketing and advertising solutions

---

**From:** Rosanna Peñaflorida <rosanna@operaatlanta.com>
**Date:** Monday, April 15, 2013 7:43 PM
**To:** Saul Slotnick <sslotnick@velti.com>
**Cc:** "rusty@operaatlanta.com" <rusty@operaatlanta.com>, Katerina Papatryfon <kpapatryfon@velti.com>, Shijo George <gshijo@velti.com>, Nat Dahlstrom <nat@operaatlanta.com>
**Subject:** Re: Velti Contract & Needed Information

Saul-

I do not have any information from 762425. I will need to get back to you tomorrow about that.

If we can get on a call earlier that day, that would be great. Possibly around 1 or 2.

Thanks,
Rosanna


On Mon, Apr 15, 2013 at 12:18 PM, Saul Slotnick <sslotnick@velti.com> wrote:

Thanks so much Rosanna, we appreciate it.  We now have all we need for 67372.  However, we still have 762425 listed under Social Study Media, LLC.  Is this a code you wish to keep live?  The traffic on it is very small, 20-30 SMS each month.  If you want this to remain live, we need the form filled out for that code and a sales receipt for the lease as well.  Let me know what the story is here.



For Wednesday can you speak at 5pm EST?  I know that is end of the day, but it should be a brief call.



Saul



**From:** Rosanna Peñaflorida [mailto:rosanna@operaatlanta.com]
**Sent:** Monday, April 15, 2013 11:54 AM

## Lauren Simons

| | |
|---|---|
| **From:** | Shijo George |
| **Sent:** | Tuesday, March 18, 2014 9:40 AM |
| **To:** | Rosanna Penaflorida (rosanna@operaatl.com) |
| **Cc:** | Jaiganesh Nagarajan; Jam Chanpen |
| **Subject:** | Announcing new name - mGage |

Dear Rosanna,

I'd like to introduce you to our new company mGage,LLC and brand – <u>mGage</u>, the mobile engagement company.

Earlier this year, GSO Capital Partners LP – a division of Blackstone Group LP, purchased the mobile marketing business from Velti. From the time of purchase, we have operated as a separate entity and remain entirely independent from Velti. We are pleased to announce the new entity, mGage, has officially launched. The mGage brand reflects the exciting opportunity in front of us, and our dedicated focus on innovation in mobile engagement.

We bring 15+ years of global mobile marketing and mCRM experience to the industry from our teams across the U.S., U.K. and India. We empower customer interactions at all stages of the lifecycle, from acquisition through retention.  Our unique data analytics platform provides insight that no other mobile marketing company can offer, measuring the full effectiveness of your campaign from pre to post click interactions. Fortune 1000 companies use our products and solutions across the globe and we have global Omni channel connectivity.

We are committed to you, as our client, and remain laser focused on providing you the best service possible. We look forward to sharing with you in the coming months innovations in our offerings, to continue to drive real results for your company.

I want to take this opportunity to thank you for your continuous patronage and trust in our services.

Please note that my phone number will remain the same but my email is now <u>gshijo@mgage.com</u> While I will still be able to receive email from my Velti account, please begin using this new contact email.

Best,
Shijo



Shijo George
Project Executive
mGage | The Mobile Engagement Company
w +91.444.902.4064 m +91.958.477.4780
e:<u>gshijo@mgage.com</u>

mGage 0287

---------- Forwarded message ----------
From: **Pooja Singh** <psingh@mgage.com>
Date: Mon, Oct 13, 2014 at 10:09 AM
Subject: RE: [NOC- 12214]14042072763
To: Rosanna Penaflorida <rosanna@operaatl.com>
Cc: Shijo George <gshijo@mgage.com>, Corporate Customer Support <Customer-Support@mgage.com>, Jyoti Kumari <jkumari@mgage.com>, Yoganathan Subramanian <ysubramanian@mgage.com>

Dear Customer,

We can provide the attached information only which includes the traffic starting from 09/04/2013 up to now. In addition, user opted-in by sending the keyword COLLEGE on 09/26/2012 and opted out by sending the message STOP TEXT on 07/02/2014.

Should you have any questions or comments, please do not hesitate to contact us at Customer-Support@mgage.com.

As always, it is our pleasure to assist in any possible way.